| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case. No.  2:11-CR-00145-WBS |
| v.       ) | |
| ) | |
| MELVIN LEE GREGORY ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                        () Ad Testificandum

Name of Detainee:     MELVIN LEE GREGORY
Detained at (custodian): Deuel Vocational Institution (DVI), Tracy, California

Detainee is:     a.)     **(X)** charged in this district by:    () Indictment    (X) Information    () TSR Violation
                                    charging detainee with: 18 U.S.C. § 1344(2) and 2 - Bank Fraud and Attempted Bank Fraud (3 Counts); 18 U.S.C. § 1028A(a)(1) - Aggravated Identity Theft; and 18 U.S.C. § 1708 - Possession of Stolen U.S. Mail (5 Counts)

       or     b.)     () a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)     () return to the custody of detaining facility upon termination of proceedings
             or     b.)     **(X)** be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ MICHELLE RODRIGUEZ |
| Printed Name & Phone No: | MICHELLE RODRIGUEZ, Tel: 916-554-2700 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                        () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: March 29, 2011                                /s/ Gregory G. Hollows

                                                      United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Theodore C. | Male |
| Booking or CDC #: | CDCR# AF08540 | DOB: 1983 |
| Facility Address: | Deuel Vocational Institution (DVI), | Race: White |
| | 23500 Kasson Rd | FBI #: 708319TB7 |
| | Tracy, California 95304 | |
| Facility Phone: | (209) 835-4141 | |
| Currently Incarcerated For: | Felony, Evading Arrest, high speed chase. | |

### RETURN OF SERVICE
Executed on _____    By: _____
                                                                               (Signature)