DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MELVIN LEE GREGORY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 11-00145-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME FOR STATUS |
| v. ) | CONFERENCE AND EXCLUDE TIME |
| ) | |
| MELVIN LEE GREGORY, ) | DATE: July 19, 2011 |
| ) | Time: 9:30 a.m. |
| ) | Judge: John A. Mendez |
| Defendant. ) | |

　　　　Defendant MELVIN LEE GREGORY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, hereby stipulate that the status conference set for May 24, 2011, be rescheduled for a status conference on Tuesday, July 19, 2011, at 9:30 a.m.

　　　　This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government and pursue investigation.

　　　　Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 19, 2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable

1 | time to prepare] (Local Code T4).

2 | DATED: May 19, 2011

3 |                 Respectfully Submitted,

4 |                 DANIEL J. BRODERICK
                Federal Defender

6 |                 /s/ Dennis S. Waks
                Supervising Assistant
                Federal Defender
                Attorney for Defendant
                MELVIN LEE GREGORY

9 | DATED:  May 19, 2011        BENJAMIN B. WAGNER
                United States Attorney

11 |                 /s/   Dennis S. Waks for
                MICHELLE RODRIGUEZ
                Assistant U.S. Attorney

13 | **SO ORDERED.**

14 | Dated: May 19, 2011

17 |                 /s/ John A. Mendez
                JOHN A. MENDEZ
                United States District Court Judge