IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:11-cr-0145 JAM |
| Plaintiff, | ) ) | **O R D E R APPOINTING COUNSEL** |
| vs. MELVIN LEE GREGORY, | ) ) ) | |
| Defendant. | ) ) ) | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE: 18 USC § 3583(e)(3) (SRV)

CJA Panel attorney Dennis Waks is hereby appointed effective September 1, 2015, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED:  9/30/2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL            1